Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                                Case No.:  10–25687–KCF
                                                Chapter:  13
                                                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert W Weber | Stephaney Weber |
| 5 Monument Ave | aka Stephaney Reid |
| Hamilton, NJ 08619 | 5 Monument Ave |
| | Hamilton, NJ 08619 |

Social Security No.:
  xxx–xx–6725                                                                        xxx–xx–4672

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 1, 2016</u>                     <u>Kathryn C. Ferguson</u>
                                                          Judge, United States Bankruptcy Court